[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Holder*, Slip Opinion No. 2020-Ohio-3875.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3875

THE STATE OF OHIO, APPELLEE, *v*. HOLDER, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Holder*, Slip Opinion No. 2020-Ohio-3875.]**

*Court of appeals' judgment affirmed on the authority of* State v. Taylor.

(No. 2018-1206—Submitted July 22, 2020—Decided August 4, 2020.)

APPEAL from the Court of Appeals for Madison County,

No. CA2018-02-006, 2018-Ohio-3337.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Taylor*, __ Ohio St.3d __, 2020-Ohio-3514, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FISCHER, and DEWINE, JJ., concur.

FRENCH and STEWART, JJ., dissent and would dismiss the appeal as having been improvidently accepted.

DONNELLY, J., dissents for the reasons set forth in the dissenting opinion in *Taylor*.

_____

Stephen J. Pronai, Madison County Prosecuting Attorney, and Rachel M. Price, Assistant Prosecuting Attorney, for appellee, state of Ohio.

Timothy Young, Ohio Public Defender, and Patrick T. Clark, Assistant Public Defender, for appellant, Lawrence Holder.

_____